## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:23-cv-00025-FDW-DCK

| | |
|---|---|
| PRISCILLA PHILPOT, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ) | |
| MICHEAL ROSSLEE, et al., ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court on its review of the docket in this matter.

The Plaintiff, who is proceeding *pro se*, seeks to proceed with this civil action without having to prepay costs associated with prosecuting the matter. The Court denied Plaintiff's initial motion to proceed in forma pauperis (IFP) without prejudice to amending her application or paying the filing fee within 14 days of the Court's Order. [Doc. 3]. The Court advised Plaintiff that this action would be dismissed without prejudice and without further notice to Plaintiff should she fail to comply with the Court's Order. [Id. at 2-3]. Plaintiff has not complied and the deadline to do so has expired. As such, the Court will dismiss this action.

**IT IS, THEREFORE, ORDERED** that this action is hereby **DISMISSED without prejudice**.

The Clerk is instructed to terminate this proceeding.

Signed: February 11, 2023

Frank D. Whitney
United States District Judge